No. 03–10337. BAILEY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 03–10340. BEAUMONT v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 03–10359. AI FA YANG v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10361. MCQUISTION v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10369. HANEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 03–10372. MALDONADO-CANALES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–10396. GOIST v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–10397. FERREIRA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10399. GREGG v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 03–10400. HUGH v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10403. JONES v. TAPIA, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 03–10407. WILLIAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–10408. VAN ALSTYNE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.